No. 17,174.

TRUITT *v.* SIMON, ADMINISTRATRIX.
(265 P. [2d] 702)

Decided January 11, 1954.   Rehearing denied February 1, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. J. NELSON TRUITT, Pro se.

Mr. RICHARD H. SIMON, for defendant in error.